No. 03–5439. CUEVAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5440. AXTELL *v.* BUDGE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5441. DIAZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5442. ESCOBAR-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5443. SUGGS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5444. SANTILLAN-VILLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5445. SEGOVIA-VELAZQUEZ *v.* UNITED STATES; and CHAVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 243 (second judgment) and 246 (first judgment).

No. 03–5446. DE JESUS RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5447. MORRIS *v.* ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–5448. PELHAM *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 03–5449. NEWMAN *v.* ALEXANDER ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5450. ROBINSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5451. RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5452. LOPEZ-PEREZ *v.* UNITED STATES; TORRES-CORDERO *v.* UNITED STATES; and MESA-DELUNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 247.